UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NUMBER: _____

LINDA CAMPBELL,

        Plaintiff,

vs.

BOIES, SCHILLER, & FLEXNER LLP,

        Defendant.

_____/

**VERIFIED COMPLAINT
AND
DEMAND FOR JURY TRIAL**

    Plaintiff, **LINDA CAMPBELL ("CAMPBELL")**, files this Complaint and sues the Defendant, **BOIES, SCHILLER, & FLEXNER, LLP,** for violations of the Age Discrimination in Employment Act (ADEA), for age discrimination, Americans with Disabilities Act (ADA) and states as follows:

**JURISDICTION**

1.    This Court has jurisdiction over the subject matter of this lawsuit under the Age Discrimination Employment Act, (ADEA), 29 USC

Section 621 et seq and the Americans With Disabilities Act, (ADA) 42 USC Section 12101 et seq.;

## I.
## INTRODUCTION

2. **CAMPBELL** was discriminated and retaliated against based on age in violation of the Age Discrimination in Employment Act of 1967, as amended and based on disability in violation of the American with Disabilities Act, as amended.

## II.
## THE FACTS

8. **CAMPBELL** was hired by **BOIES, SCHILLER, & FLEXNER, LLP**, in October 2007, where she worked as a Legal Assistant;

9. Plaintiff suffers from Generalized Anxiety Disorder;

10. Plaintiff's disorder qualifies as a disability;

11. Plaintiff at all times was capable of performing the essential requirements of her job;

12. **BOIES, SCHILLER, & FLEXNER, LLP** was aware of her disability;

13. **BOIES, SCHILLER, & FLEXNER, LLP** subjected the Plaintiff to negative employment action because of her disability;

14. In addition, **BOIES, SCHILLER, & FLEXNER, LLP** never provided the Plaintiff with a reasonable accommodation despite being obligated to do so;

15. **BOIES, SCHILLER, & FLEXNER, LLP** replaced the Plaintiff with employees who do not suffer from a disability;

16. In addition, Plaintiff is over the age of 60;

17. There was no lawful basis for Plaintiff's termination and any proffered basis was pretext for unlawful discrimination;

18. Plaintiff was fired for no reason, while multiple less qualified employees under age 40 were retained;

19. Plaintiff's termination was motivated by Plaintiff's age;

### III.
### UNLAWFUL TERMINATION

20. **CAMPBELL** was terminated without cause on May 17, 2019, despite possessing an unblemished record throughout her employment at the **BOIES,**

3

**SCHILLER, & FLEXNER, LLP**. However, younger employees under the age of 40 were treated more favorably;

## COUNT I.
### DISCRIMINATION BASED ON AGE IN VIOLATION OF AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967

21. Plaintiff re-alleges paragraphs 1 through 20 as if fully set forth herein.

22. Plaintiff is a 70 year-old female, and the Defendant willfully discriminated against the Plaintiff due to her age.

23. As a direct and proximate result of said discrimination by Boies, Schiller, & Flexner, LLP, Plaintiff has suffered damages.

*WHEREFORE*, Plaintiff demands judgment for damages against the **BOIES, SCHILLER, & FLEXNER, LLP**, including but not limited to compensatory damages, back pay and benefits, future pay and benefits, liquidated damages, punitive damages, prejudgment interest, and attorney's fees and costs, and other available relief as the Court deems just and proper.

## COUNT II.
### DISCRIMINATION BASED ON DISABILITY IN VIOLATION OF AMERICANS WITH DISABILITIES ACT

24. Plaintiff re-alleges paragraphs 1 through 23 above as if fully set forth herein;

25. Plaintiff is a qualified employee who suffers from a disability, and the employer willfully discriminated against the Plaintiff due to her disability;

26. The Defendant employer took negative action against her because of her disability;

27. As a result, Plaintiff has suffered permanent damages.

**WHEREFORE,** Plaintiff demands judgment for damages including but not limited to compensatory damages, back pay and benefits, future pay and benefits, liquidated damages, punitive damages, prejudgment interest, and attorney's fees and costs, and other available relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as of right by jury.

### VERIFICATION

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
LINDA CAMPBELL

Dated this 11th day of December, 2019, by Linda Campbell, Plaintiff.

Respectfully submitted,

**Michael A. Pizzi, Jr., Esq.**
Florida Bar No. 079545
6625 Miami Lakes Drive - Suite 316
Miami Lakes, FL  33014
Telephone: (305) 777-3800
Fax:            (305) 777-3802
E-Mail:     **mpizzi@pizzilaw.com**

By: /s/ Michael A. Pizzi, Jr.
    **Michael A. Pizzi, Jr., Esq.**