UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-63067-KMM

LINDA CAMPBELL,

    Plaintiff,

v.

BOIES, SCHILLER, FLEXNER LLP,

    Defendant.

_____/

**FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Court's June 10, 2021 Order (ECF No. 44) granting Defendant Boies, Schiller, Flexner LLP's Motion for Summary Judgment (ECF No. 30). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED AND ADJUDGED that Final Judgment is entered in favor of Defendant Boies, Schiller, Flexner LLP and against Plaintiff Linda Campbell.

The Clerk of Court is instructed to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  7th  day of July, 2021.

*K. M. Moore*

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record